UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TABATHA JONES, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| MARTIN O'MALLEY, ) | 5:24-CV-92-BO-RJ | |
| Commissioner of Social Security, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This case is closed.**

**This judgment filed and entered on August 28, 2024, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)

August 28, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk